**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

GREG GULICK,

    Plaintiff,

        v.

CITY OF PITTSTON,

    Defendant.

CIVIL ACTION NO. 3:12-CV-141

(JUDGE CAPUTO)

## ORDER

    **NOW**, this __13th__ day of June, 2012, **IT IS HEREBY ORDERED** that:

(1)  Defendant City of Pittston's Motion to Dismiss (Doc. 8) is **GRANTED.**

(2) Count II of Plaintiff Greg Gulick's Complaint is **DISMISSED.**

(3) Mr. Gulick has **twenty-one (21)** days to amend his complaint to properly allege a violation of his due process rights under the Fourteenth Amendment. If he fails to amend his complaint within that period, it will be dismissed with prejudice.


          /s/ A. Richard Caputo
          A. Richard Caputo
          United States District Judge