**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| GREG GULICK, | |
| Plaintiff, | CIVIL ACTION NO. 3:12-CV-141 |
| v. | (JUDGE CAPUTO) |
| CITY OF PITTSTON, | |
| Defendant. | |

## **ORDER**

     **NOW**, this   13th   day of June, 2012, **IT IS HEREBY ORDERED** that:

(1)  Defendant City of Pittston's Motion to Dismiss (Doc. 8) is **GRANTED.**

(2) Count II of Plaintiff Greg Gulick's Complaint is **DISMISSED.**

(3) Mr. Gulick has **twenty-one (21)** days to amend his complaint to properly allege a violation of his due process rights under the Fourteenth Amendment. If he fails to amend his complaint within that period, it will be dismissed with prejudice.

 

                                                           /s/ A. Richard Caputo
                                                           A. Richard Caputo
                                                           United States District Judge